AO 241 (Rev. 09/17)

3:23-cv-1372-TJC-MCR

NOV 20 2023 PM3:34
FILED - USDC - FLMD - JAX

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Middle |
|---|---|
| Name (under which you were convicted): Chedrick Tolbert | Docket or Case No.: 16-2011-CF-005234 / 16-2011-CF-005666 |
| Place of Confinement: | Prisoner No.: 127145 |
| Petitioner (include the name under which you were convicted): Chedrick Tolbert | v. Respondent (authorized person having custody of petitioner): United States |
| The Attorney General of the State of: Jacksonville, FL Duval County | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Duval County, Florida

   (b) Criminal docket or case number (if you know): 16-2011-CF-005234 / 16-2011-CF-005666

2. (a) Date of the judgment of conviction (if you know): April 17, 2013
   (b) Date of sentencing: February 26th 2016

3. Length of sentence: Life

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Armed Robbery, Possession of a Firearm, and Possession of Less than 20 grams of Cannabis

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _I plead not guilty to An Armed Robbery, Possession of an Fire arm, and Possession of cannabis_

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _Duval County, Florida_

(b) Docket or case number (if you know): _16-2011CF-005234 / 16-2011-CF005666_

(c) Result: _Denied_

(d) Date of result (if you know): _4/17/13_

(e) Citation to the case (if you know): ___

(f) Grounds raised: _Ineffective Counselor, They failed to apply my motion to Suppress and Double Jeopardy_

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: ___

(2) Docket or case number (if you know): ___

(3) Result: ___

See Attached:

Ground: State used a Principle (participate in a act) transcript in defendants trial.

I was taken to trial on a Armed Robbery and i was not holding any one hostage at gun point threatening no one or put any one in fear, but they brought jury instructions for a Principle (participating in a act) transcript to my Armed Robbery trial and actually told the jury [not to look at the fact that i did not hold a weapon and im still guilty of Armed Robbery] If that was the case, How the defendant was not found guilty of a lesser charge instead of Armed Robbery. The Defendant Chedrick Tolbert feels as if i was found guilty of Armed Robbery illegally to increase the severity of the sentence.

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

  (h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: **Duval County, Florida**

    (2) Docket or case number (if you know): **16-2011 CF-05234 / 16-2011 CF-05666**

    (3) Date of filing (if you know): **May 3, 2022**

    (4) Nature of the proceeding: **Motion for Post Conviction Relief 3.800(A)**

    (5) Grounds raised: **In the Instant Motion, Defendant maintains the Prr statue is unconstitutional Pursuant to Apprendi v. New Jersey, 530 U.S. 466 (2000), Blakely v. Washington, 542 U.S. 296 (2004), and Alleyne v. United States, 570 U.S. 99, 99 (2013). The Prr Lengthens the sentence or enhances it.**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☑ Yes  ☐ No

    (7) Result: **Denied**

AO 241 (Rev. 09/17)

    (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

  (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☐ No

(2) Second petition: ☐ Yes   ☐ No

(3) Third petition:  ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** I admitted to and Confessed on Audio Video Couselor is ineffective

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Im on Audio-Video confessing to the alledged crimes and Tricia Rado my Public defender, let me go to trial anyways. I never heard of a Plea deal or recieved any from the state.

(b) If you did not exhaust your state remedies on Ground One, explain why: I believed She was going to trial for my best interest, but she only was working with the state to frame me so her record could be impeccable, they swapped me out, A favor for a favor.

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

   (2) If you did not raise this issue in your direct appeal, explain why: I realized it after I lost trial and thought of it as i relived my trial. My time had ran out so i basiclly gave up.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes  ☑ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

   (4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: I didn't know i could or what else i could have done. I really don't know much about the law.

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: None

**GROUND TWO:** They failed to apply or put in my motion to suppress evidence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I wrote a motion to suppress stating about the poisonous of the, excuse me (Fruit of the poisonous tree). I was coherced into confessing to these crimes, the Detective told me if I did not admit to it he would bring up or hit me with murder charges. On the audio/video I was denying it all asking about Alexis, I didn't want her to get in trouble, so I admit that I did it.

(b) If you did not exhaust your state remedies on Ground Two, explain why: I thought of this at a later time and thought there was nothing I could do about it.

(c) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No
(2) If you did not raise this issue in your direct appeal, explain why: It didn't cross my mind, I wasn't knowledgeable about this

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : **None**

**GROUND THREE:** Double Jeopardy

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I got hit with a Armed Robbery and a possession of a firearm with the same crime.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: <u>I was told that I couldn't use this ground. It will not help me out.</u>

(c) **Direct Appeal of Ground Three:**

　　(1) If you appealed from the judgment of conviction, did you raise this issue?　　☐ Yes　　☑ No

　　(2) If you did not raise this issue in your direct appeal, explain why: <u>I was mislead and told that it didn't apply to me</u>

(d) **Post-Conviction Proceedings:**

　　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　　　☐ Yes　　☑ No

　　(2) If your answer to Question (d)(1) is "Yes," state:

　　Type of motion or petition: _____

　　Name and location of the court where the motion or petition was filed: _____

　　Docket or case number (if you know): _____

　　Date of the court's decision: _____

　　Result (attach a copy of the court's opinion or order, if available): _____

　　(3) Did you receive a hearing on your motion or petition?　　☐ Yes　　☐ No

　　(4) Did you appeal from the denial of your motion or petition?　　☐ Yes　　☐ No

　　(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　　☐ Yes　　☐ No

　　(6) If your answer to Question (d)(4) is "Yes," state:

　　Name and location of the court where the appeal was filed: _____

　　Docket or case number (if you know): _____

　　Date of the court's decision: _____

　　Result (attach a copy of the court's opinion or order, if available): _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _None_

**GROUND FOUR:** My codefendant recieved 25 years and I recieved a life sentence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

He's on the camera Robbing the place and also confessed to the crime. He caught 25 yrs and I lost trial and got a life sentence. It's only fair that we recieve the same amount of time since we are co defendants.

(b) If you did not exhaust your state remedies on Ground Four, explain why: I didn't think of it at the time.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: It never crossed my mind.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: None

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: None of the grounds, im not intellegent with the law and about filing in higher courts.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: None of the grounds i just listed, this just came to me through someone else telling me about this type of motion.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: AL Perkins

(b) At arraignment and plea: Tricia Rado

(c) At trial: Tricia Rado

(d) At sentencing: Tricia Rado

(e) On appeal: None

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Yes, This was knowledgeable to me and I don't have a Lawyer to help me with any thing. And the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence

AO 241 (Rev. 09/17)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Either a sentence my Co defendant has 25 yrs or relief / time served

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 11-14-23 (month, date, year).

Executed (signed) on 11-15-23 (date).

*Chedrick Follett*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____